(No. 75-1035-

TEXACO, INCORPORATED, Claimant, *vs.* STATE OF ILLINOIS, Respondent.

*Opinion filed September 22, 1976.*

GREGORY S. MURRAY, Attorney for Claimant.

WILLIAM J. SCOTT, Attorney General; WILLIAM J. KARAGANIS, Assistant Attorney General, for Respondent.

PER CURIAM.

This cause coming on to be heard on the Joint Stipulation of the parties hereto, and the Court being fully advised in the premises;

This Court finds that this claim is for the recovery of the proceeds of a security interest held by Claimant in an inventory of Robert Cordtz that the Department of Revenue attached (pursuant to the State's lien and assessment B-32326) for Cordtz's failure to pay $2,561.70 in back taxes. An investigation of this claim by the Department of Revenue and substantiated by the files of the Secretary of State determined that Claimant's security interest of $1,301.17 was superior to the State's lien. The investigation further disclosed that Claimant's priority interest was pursuant to the Uniform Commercial Code, Ill.Rev.Stat., Ch. 26, §1-101 *et. seq.*

It is hereby ordered that the sum of One Thousand Three Hundred One and 17/100 Dollars ($1,301.17) be awarded to Claimant in full satisfaction of any and all claims presented to the State of Illinois under the above captioned cause.